# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Rebecca Thornock, | ) | |
|  Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | No. 25-1518 |
| | ) | |
| Internal Revenue Service, | ) | |
|  Defendant - Appellee. | ) | (District Court No. 3:25-cv-00134) |
| _____ | ) | |

**NOTICE REGARDING DEFENDANT–APPELLEE'S RESPONSE BRIEF**

In accordance with Local Rule 34(b), Defendant – Appellee the Internal Revenue Service, by counsel, hereby informs the Court that it has elected not to file an informal response brief. There is no final judgment from which an appeal may be taken; Appellant fails to meet the requirements for an interlocutory appeal; and there is no error in the Order(s) of the district court. The appeal should be dismissed.

Dated:   June 16, 2025

              Respectfully submitted,

              ERIK S. SIEBERT
              UNITED STATES ATTORNEY

            By:   /s/ Robert P. McIntosh
              Robert P. McIntosh
              Virginia State Bar No. 66113
              Attorney for Defendant - Appellee
              Office of the United States Attorney
              919 East Main Street, Suite 1900
              Richmond, Virginia 23219
              (804) 819-7404 (phone)

(804) 771-2316 (fax)
Robert.McIntosh@usdoj.gov

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I also hereby certify that this same day I have mailed a copy of the foregoing by U.S. mail, postage prepaid, to:

    Rebecca Thornock, *pro se*
    14116 Big Bear Court
    Montpelier, VA 231921

                                                  By:   /s/ Robert P. McIntosh
                                                                  Robert P. McIntosh
                                                                  Virginia State Bar No. 66113
                                                                  Attorney for Defendant - Appellee
                                                                Office of the United States Attorney
                                                               919 East Main Street, Suite 1900
                                                               Richmond, Virginia 23219
                                                               (804) 819-7404 (phone)
                                                               (804) 771-2316 (fax)
                                                               Robert.McIntosh@usdoj.gov